THE RACH'S MASHING PROCESS COMPANY, Respondent, v.
MICHAEL SEITZ, Appellant.

*Rach's M. P. Co.* v. *Seitz,* 9 App. Div. 626, affirmed.
(Argued February 2, 1899; decided February 28, 1899.)

·APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
October 27, 1896, affirming a judgment in favor of plaintiff
entered upon a verdict directed by the court.

*J. J. Bennett* for appellant.

*Alfred E. Hinrichs* and *Louis A. Wagner* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

L. STARR WORTMAN, Appellant, v. ELIZABETH J. SEAMAN,
Respondent.

*Wortman* v. *Seaman,* 5 App. Div. 625, affirmed.
(Submitted February 3, 1899 ; decided February 28, 1899.)

APPEAL from a judgment and order of the Appellate Divis-
ion of the Supreme Court in the third judicial department,
entered May 18, 1896, affirming a judgment in favor of defend-
ant entered upon the report of a referee.

*M. N. Tompkins* for appellant.

*Geo. B. Davis* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.